# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

MICHAEL MALL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0896

———————————————

January 2, 2026

Appeal from the Circuit Court for Hillsborough County; Robin Fuson, Judge.

Blair Allen, Public Defender, and Jeri Delgado, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, MORRIS and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.